IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Case No. 14-cr-00422-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALEX OLGUIN, II,

    Defendant.

---

### ORDER

---

PURSUANT to and in accordance with the Order entered by Judge William J. Martínez, it is

ORDERED that Defendant Alex Olguin, II, is sentenced to TIME SERVED.

Dated at Denver, Colorado, this 20th day of August, 2015.

BY THE COURT:

Judge William J. Martínez
United States District Judge